In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-266 CR


____________________



ORAY JOSEPH LEGER, JR. a/k/a ORAY JOSEPH LEGER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 95697






 MEMORANDUM OPINION 


 Oray Joseph Leger, Jr. a/k/a Oray Joseph Leger was convicted and sentenced on an
indictment for delivery of controlled substance. Leger filed a notice of appeal on June 14,
2006. The trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The trial court's certification has been provided to the Court of
Appeals by the district court.

 On June 21, 2006, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 37.1. The record has not been supplemented
with an amended certification.

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d). 
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered September 6, 2006 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.